UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CHANTEL ASKEW, on behalf of herself and all others similarly situated, | ) ) ) | CASE NO. 5:19-cv-01619 |
| Plaintiff, | ) ) | JUDGE SARA LIOI |
| vs. | ) ) ) | MAGISTRATE JUDGE GEORGE J. LIMBERT |
| TRUE HEARTS OF CARE, LLC | ) ) | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendant. | ) ) ) ) | **PURSUANT TO RULE 41(A)(1)(A)(II) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

The Parties, by and through counsel, hereby dismiss this action, including Defendant's Counterclaim, with prejudice, pursuant to Rule Civ.R. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party will bear its own costs.

Respectfully submitted,

| | |
|---|---|
| /s/ Lori M. Griffin | /s/ Benjamin R. Sorber |
| Lori M. Griffin (0085241) | Benjamin R. Sorber (0092739) |
| Chastity L. Christy (0076977) | J. Reid Yoder (0076587) |
| Anthony J. Lazzaro (0077962) | DiCaudo, Pitchford & Yoder, LLC |
| The Lazzaro Law Firm, LLC | 209 South Main Street, Third Floor |
| The Heritage Building, Suite 250 | Akron, Ohio 44308 |
| 34555 Chagrin Boulevard | Office: (330) 762-7477 |
| Moreland Hills, Ohio 44022 | Fax: (330) 762-8059 |
| Phone: 216-696-5000 | Cell: (330) 813-8700 |
| Facsimile: 216-696-7005 | bsorber@dpylaw.com |
| anthony@lazzarolawfirm.com | ryoder@dpylaw.com |
| chastity@lazzarolawfirm.com | |
| lori@lazzarolawfirm.com | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | **IT IS SO ORDERED**. |
| | _____ |
| | **HONORABLE SARA LIOI** |
| | **UNITED STATES DISTRICT JUDGE** |
| | January 28, 2020 |